UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GHASSAN SELMAN ABDULLAH,

    Plaintiff,

CIVIL NO. 07-14802

v.

HON. PATRICK J. DUGGAN

DISTRICT DIRECTOR, USCIS DETROIT;
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
U.S. ATTORNEY GENERAL; and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.
_____/

## STIPULATION TO DISMISS CASE
## WITHOUT PREJUDICE

Plaintiff and Defendants, by and through their undersigned attorneys, stipulate to the entry of an order dismissing the above-captioned case without prejudice, with each party bearing his/her own costs and attorney fees.

| | |
|---|---|
| GEORGE P. MANN AND ASSOCIATES | STEPHEN J. MURPHY |
| | United States Attorney |
| *s/Maris Liss (w/consent)* | *s/Steven Cares* |
| MARIS LISS | STEVEN CARES (P-68503) |
| GEORGE P. MANN (P-24888) | Assistant U.S. Attorney |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Pineview Office Park | 211 W. Fort Street |
| 33505 W. 14 Mile Rd., Ste. 20 | Suite 2001 |
| Farmington Hills, MI 48331 | Detroit, MI 48226-3211 |
| (248) 932-0990 | (313) 226-9139 |
| gpmann@greencard-us.com | steven.cares@usdoj.gov |

Dated: June 16, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GHASSAN SELMAN ABDULLAH,

    Plaintiff,

v.

CIVIL NO. 07-14802

HON. PATRICK J. DUGGAN

DISTRICT DIRECTOR, USCIS DETROIT;
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY;
U.S. ATTORNEY GENERAL; and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.
_____/

## ORDER OF DISMISSAL

In light of the foregoing stipulation, it is hereby ordered that this case be dismissed without prejudice and without an award of costs or attorney fees to any party.

**IT IS SO ORDERED**.

                                    S/Patrick J. Duggan
                                    Patrick J. Duggan
                                    United States District Judge

Dated: June 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 17, 2008, by electronic and/or ordinary mail.

                                    S/Marilyn Orem
                                    Case Manager